## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **NATALIE LEBEDA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 1:25-cv-01119** |
| **v.** | ) | |
| | ) | |
| **FRONTIER LEGAL GROUP;** | ) | |
| **and DOE 1-5** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, Natalie Lebeda (hereinafter "Plaintiff"), by and through undersigned counsel and pursuant to the Court's Order of September 29, 2025 (ECF Doc. 3), submits the instant Status Report, and states the following:

1.      Plaintiff has determined that the only address the defendants to this action are known to use is a U.S. Post Office box, and therefore not an address for which the U.S. Marshals Service can effectuate service.  Furthermore, Plaintiff has determined that the only named defendant, "Frontier Legal Group," is an entity or fictitious business name of unknown origin.

2.      Plaintiff has submitted a "Request for Change of Address of Boxholder Information Needed for Service of Legal Process" to the applicable Post Office.  However, per counsel's experience, such requests are generally not honored.  Nevertheless, to mitigate expense, Plaintiff deems it prudent to await a response from the Post Office through October 20, 2025.

3.      Provided that Plaintiff is unable to confirm the true legal names to the defendants, and an address for which to effectuate service, Plaintiff intends to file a Motion for Leave to Engage in Early Discovery pursuant to Fed. R. Civ. P. Rule 26d(1) by November 1, 2025.

Date:  October 10, 2025

/s/ Robert Amador
ROBERT AMADOR, ESQ.
Attorney for Plaintiff NATALIE LEBEDA
Centennial Law Offices
155 South First St. #2121
Orcutt, CA 93457
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date, October 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties receiving ECF notices.

<u>/s/ Robert Amador</u>
ROBERT AMADOR, ESQ.
Attorney for Plaintiff NATALIE LEBEDA
Centennial Law Offices
155 South First St. #2121
Orcutt, CA 93457
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com